IN THE SUPREME COURT OF THE STATE OF NEVADA

ADVENTURES INTERNATIONAL, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND ITCO, CORPORATION, A NEVADA CORPORATION,
Appellants,
vs.
SG VEGAS OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondent.

No. 84937

FILED

JUL 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 30, 2022, this court issued an order to show cause as to why this appeal should not be dismissed for lack of jurisdiction. On July 6, 2022, appellants filed a response and notice of voluntary withdrawal of appeal. Accordingly, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

---

[1]Given this order, appellants' June 29, 2022, emergency motion for stay is denied.

22-23032

cc:    Chief Judge, The Eighth Judicial District Court
Hon. Mark Gibbons, Senior Justice
Brandon L. Phillips, Attorney At Law, PLLC
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk